**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:07CR208** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **MATEO ABARCA-URIOSTEGUI,** | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Based on the motion of Government, and good cause shown,

**IT IS ORDERED** that the material witnesses, Juan Contreras-Aquirre, Orlando Arellano-Higinio, Eufemio Beltran-Flores, and Guillermo Rosales-Palos, be immediately released from the custody of the U.S. Marshal's Service into the custody of the United States Bureau of Immigration and Customs Enforcement pursuant to that agency's detainers.

DATED this 21st day of June, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge